CLOSED

**U.S. District Court**
**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-01054-JS-ETB**
**Internal Use Only**

Hyland et al v. Davol Inc. et al
Assigned to: Judge Joanna Seybert
Referred to: Magistrate-Judge E. Thomas Boyle
Case in other court: Supreme Court, Nassau County, 07-01758
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 03/12/2007
Date Terminated: 06/28/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Thomas D. Hyland** represented by **Andrew John Carboy**
Sullivan Papain Block McGrath & Cannavo
120 Broadway, 18th Fl
New York, NY 10271
212-732-9000
Fax: 212-266-4141
Email: acarboy@triallaw1.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Jean Hyland** represented by **Andrew John Carboy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170
(212)808-2706
Fax: (866)738-9621
Email: abates@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Samuel J. Abate, Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2007 | 1 | NOTICE OF REMOVAL by Davol Inc., C.R. Bard, Inc. from Supreme Court, Nassau County, case number 07-1758. ( Filing fee $ 350, rec.no.336629) (Attachments: # 1 Summons & Complaint# 2 Notice of Filing# 3 Civil Cover Sheet) (Romano, Daniel) (Entered: 03/14/2007) |
| 03/12/2007 | 2 | DISCLOSURE of Interested Parties by Davol Inc., C.R. Bard, Inc.. (Romano, Daniel) (Entered: 03/14/2007) |
| 03/15/2007 | | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 03/15/2007) |
| 03/16/2007 | 3 | DEMAND for Trial by Jury by Thomas D. Hyland, Mary Jean Hyland (Attachments: # 1 Affidavit of Service) (Carboy, Andrew) (Entered: 03/16/2007) |
| 03/19/2007 | 4 | ANSWER to Complaint by Davol Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 03/19/2007) |
| 03/26/2007 | 6 | MOVANT MONTIEL'S NOTICE OF TAG-ALONG ACTIONS (copy). The original of this document was filed with the JPMDL re: MDL-1842 In Re: Kugel Mesh Hernia Patch Litigation. (Attachments: #(1) Revised Schedule of Actions; #(2) Proof of Service) (Mahon, Cinthia) (Entered: 04/03/2007) |
| 04/02/2007 | 5 | SCHEDULING ORDER: Initial Conference set for 7/13/2007 11:00 AM before Magistrate-Judge E. Thomas Boyle. See order for further instructions. Counsel for Plaintiff(s) or Plaintiff pro se is obligated to serve a copy of this order on each defendant.. Ordered by Judge E. Thomas Boyle on 4/2/07. (Lundy, Lisa) (Entered: 04/02/2007) |
| 04/02/2007 | 7 | Revised Schedule of Related Actions re: MDL-1842 In re: Kugel Mesh Hernia Patch Litigation amending the 6 Notice of Tag Along Actions. The original of this document was filed with the JPMDL. (Mahon, Cinthia) (Entered: 04/06/2007) |
| 04/02/2007 | 8 | Omnibus Reply Memorandum In Support of Transfer, Coordination and Consolidation Pursuant to 28 U.S.C., Section 1407. (Attachments: #(1) Proof of Service) Re: MDL-1842 In Re: Kugel Mesh Hernia Patch Litigation The original of this document was filed with the JPMDL. (Mahon, Cinthia) (Entered: 04/11/2007) |
| 04/05/2007 | 9 | Letter from David Hodges to Catherine D. Maida, Chief Deputy Clerk, JPMDL, dated 4/2/07 re: MDL-1842 In re: Kugel Mesh Hernia Patch Product Liability Litigation Enclosing an original and five copies of an Amendment to Response Concerning Motion to Transfer. (Attachments: #(1) Amendment to Response Concerning Motion to Transfer) (Mahon, Cinthia) (Entered: 04/11/2007) |

| | | |
|---|---|---|
| 04/16/2007 | 10 | Letter from David Hodges to Denise Morgan-Stone, Deputy Clerk, JPMDL dated 4/11/07 re: enclosing copies of attachment #1. (Attachments: #(1) Response to Motion of Plaintiffs Lilyan Kathleen Hall and Alonzo Hall for Transfer of Actions to the NDAL for Coordinated or Consolidated Pretrial Proceedings) (Mahon, Cinthia) (Entered: 04/26/2007) |
| 04/17/2007 | 11 | Letter from David Hodges to Catherine D. Maida, Chief Deputy Clerk, JPMDL dated 4/12/07 re: enclosing copies of a Response to Motion of Plaintiffs Lilyan Kathleen Hall and Alonzo Hall for Transfer of Actions to the Northern District of Alabama for Coordinated or Consolidated Pretrial Proceedings. (Mahon, Cinthia) (Entered: 04/26/2007) |
| 04/23/2007 | 12 | Letter from Mark R. Miller to JPMDL dated 4/19/07 re: enclosing copies of attachment #1. (Attachments: # 1 Movant Montiel's Second Notice of Tag-Along Action) Re: MDL 1842 In re Kugel Mesh Henia Patch Litigation (Mahon, Cinthia) (Entered: 04/26/2007) |
| 04/27/2007 | 13 | NOTICE of Change of Firm, Address, & E-mail Address by Samuel J. Abate, Jr (Abate, Samuel) (Entered: 04/27/2007) |
| 04/30/2007 | 14 | Letter from Mark R. Miller to JPMDL dated 4/27/07 re: enclosing a copy of Movant Montiel's Third Notice of Tag-Along Action, Revised Schedule of Actions and Proof of Service re: MDL-1842 In re Kugel Mesh Hernia Patch Litigation. (Mahon, Cinthia) (Entered: 04/30/2007) |
| 04/30/2007 | 15 | Letter from W. Lewis Garrison, Jr. to Jeffrey N. Luthi, Clerk, JPMDL, dated 4/25/07 re: enclosing a copy of the Reply Brief in Support of Motion for Transfer, Coordination, and Consolidation of Related Actions to the USDC, NDAL, pursuant to 28 U.S.C., Section 1407. In Re MDL-1842 In re Kugel Mesh Hernia Patch Litigation (Attachments: #(1) Reply Brief in Support of Motion for Transfer to the NDAL) (Mahon, Cinthia) (Entered: 05/16/2007) |
| 04/30/2007 | 16 | Letter from Mark R. Miller to JPMDL dated 4/27/07 re: enclosing and original and 5 copies of Movant Montiel's Third Notice of Tag-Along Action, Proof of Service and Revised Schedule of actions. In re: Kugel Mesh Hernia Patch Litigation, MDL-1842 (Mahon, Cinthia) (Entered: 05/16/2007) |
| 05/14/2007 | 17 | Copy of Movant Montiel's Fourth Notice of Tag-Along Action. Original filed with the JPMDL In re: Kugel Mesh Hernia Patch Litigation MDL-1842. (Mahon, Cinthia) (Entered: 05/16/2007) |
| 05/21/2007 | 18 | Movant Montiel's Fifth Notice of Tag-Along Actions. Re:Kugel Mesh Hernia Patch Litigation MDL Docket No. 1842 (Orignal filed before the JPMDL) (Mahon, Cinthia) (Entered: 05/21/2007) |
| 05/22/2007 | 19 | Letter from W. Lewis Garrison, Jr. to Jeffrey N. Luthi, Clerk, JPMDL, dated 5/17/07 re: enclosing the original and copies of the Hall Movants' Notice of Tag-Along Actions. RE: In re Kugel Mesh Hernia Patch Litigation MDL No. 1842. (Mahon, Cinthia) (Entered: 06/11/2007) |

| | | |
|---|---|---|
| 06/04/2007 | 20 | MOVANT MONTIEL'S SIXTH NOTICE OF TAG-ALONG ACTION. Re: MDL-1842 In re: Kugel Mesh Hernia Patch Litigation. Filed at the JPMDL. (Mahon, Cinthia) (Entered: 06/11/2007) |
| 06/11/2007 | 21 | MOVANT MONTIEL'S SEVENTH NOTICE OF TAG-ALONG ACTION. (Original document filed with the JPMDL re: MDL-1842 In re: Kugel Mesh Hernia Patch Litigation. (Mahon, Cinthia) (Entered: 06/18/2007) |
| 06/25/2007 | 22 | Letter from Denise Morgan-Stone, Deputy Clerk, JPMDL to David A. DiMarzio, Clerk, District of Rhode Island, dated 6/22/07 re: enclosing a cert. copy of a transfer order filed today by the Panel in this matter which is directed to you for filing. Re: MDL-1842 In re Kugel Mesh Hernia Patch Products Liability Litigation (Mahon, Cinthia) (Entered: 06/29/2007) |
| 06/25/2007 | 23 | MOVANT MONTIEL'S EIGHTH NOTICE OF TAG-ALONG ACTION. In re: MDL-1842 In re Kugel Mesh Hernia Patch Litigation (Original of this document filed before the Judicial Panel on Multidistrict Litigation). (Mahon, Cinthia) (Entered: 06/29/2007) |
| 06/28/2007 | 24 | TRANSFER ORDER filed at the JPMDL on 6/22/07 directing the transfer of this action to the District of Rhode Island and assignment to the Hon. Mary H. Lisi for coordinated or consolidated pretrial proceedings with the action pending there. Case transferred to District of Rhode Island. An email was sent to Barbara Barletta with a pdf version of each document filed in the EDNY attached and a cert. copy of the docket sheet per the request of David A. DiMarzio, Clerk, District of Rhode Island. (Mahon, Cinthia) (Entered: 06/29/2007) |

A TRUE COPY
ATTEST
DATED June 29 2007
ROBERT C. HEINEMANN
CLERK
BY
DEPUTY CLERK