SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

| | |
|---|---|
| THOMAS D. HYLAND and MARY JEAN HYLAND,<br><br>Plaintiffs,<br><br>-against-<br><br>DAVOL INC. and C. R. BARD, INC.,<br><br>Defendants. | Index No.: 1758/07<br><br>**NOTICE OF FILING**<br>**NOTICE OF REMOVAL** |

TO: Andrew J. Carboy
Sullivan Papain Block McGrath & Cannavo, P.C.
120 Broadway, 18th Floor
New York, New York 10271

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Eastern District of New York ("District Court") by the filing of the attached Notice of Removal with the Clerk of the District Court on March 12, 2007. A copy of this notice is on file with the District Court. The Supreme Court of the State of New York, County of Nassau may proceed no further unless or until this case is remanded.

Date: New York, New York
March 12, 2007

McCARTER & ENGLISH, LLP

By: [signature]
Samuel J. Abate, Jr.
245 Park Avenue
New York, New York 10167
(212) 609-6800
(212) 609-6921 (fax)
sabate@mccarter.com

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, a copy of the foregoing Notice of Filing Notice of Removal was served upon the following in the manner listed below:

Andrew J. Carboy
Sullivan Papain Block McGrath & Cannavo, P.C.
120 Broadway, 18th Floor
New York, New York 10271

*via first-class mail*

Samuel J. Abate, Jr.



ME1 6234879v.1