UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

THOMAS D. HYLAND and MARY JEAN HYLAND,

Plaintiffs,

-against-

DAVOL INC. and C. R. BARD, INC.,

Defendants.

----------------------------------------------------------X

Civil Action No.: 07 1054

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: New York, New York
March 12, 2007

McCARTER & ENGLISH, LLP

By: ______________________
Samuel J. Abate, Jr. (SA 0915)
245 Park Avenue
New York, New York 10167
(212) 609-6800
(212) 609-6921 (fax)
sabate@mccarter.com

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Andrew J. Carboy
Sullivan Papain Block McGrath & Cannavo, P.C.
120 Broadway, 18th Floor
New York, New York 10271

*via electronic notice and first-class mail*

Samuel J. Abate, Jr.



ME1 6234801v.1