HENINGER GARRISON DAVIS, LLC

2224 1ST AVENUE NORTH
BIRMINGHAM, AL . 35203
P.O. BOX 11310
BIRMINGHAM, AL . 35202
PHONE: (205) 326-3336
(800) 241-9779
FAX: (205) 326-3332
WWW.HGDLAWFIRM.COM

W. Lewis Garrison, Jr.
wlgarrison@hgdlawfirm.com

May 17, 2007

**<u>VIA FEDERAL EXPRESS</u>**

Jeffrey N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judicial Building
Room G-255, North Lobby
Washington, DC 20002-8004
FAX No. (202) 502-2888

Re: <u>In re Kugel Mesh Hernia Patch Litigation</u>, MDL No. 1842
2:07CV1054 Hyland v. Davol (JS/ETB)

Dear Mr. Luthi:

Enclosed please find one original and five copies of the following document: <u>Hall</u> Movants' Notice of Tag-Along Actions.

Enclosed is a disk with the same document. Please file the original and return a file-stamped copy to me in the enclosed, self-addressed envelope. If you have any questions, please feel free to contact me.

Also enclosed is a courtesy submission of documents from the actions on the notice. The submission is not for filing and is not served with the notice, as explained in the notice.

Sincerely,

W. Lewis Garrison, Jr.

enclosures
cc: Counsel/parties on proof of service

BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: KUGEL MESH HERNIA PATCH LITIGATION | ) ) | MDL No. 1842 |

**<u>*HALL* MOVANTS' NOTICE OF TAG-ALONG ACTIONS</u>**

To the Judicial Panel on Multidistrict Litigation ("JPML"), all designated counsel in MDL No. 1842, , and other interested attorneys and parties:

1. The Plaintiffs in <u>Hall v. Davol</u>, Case No. 3:07 CV 0480-TMP, who have moved pursuant to 28 U.S.C. § 1407 to transfer, coordinate, and consolidate the related actions in this proceeding in the U.S. District Court for the Northern District of Alabama, hereby provide notice of five recently-filed lawsuits which are potential tag-along actions in the proceeding.

2. The five recent lawsuits are potential tag-along actions because they are pending in federal courts and arise from facts that are the same as or closely similar to the facts at issue in the federal actions pending on the <u>Hall</u> Plaintiffs' motion pursuant to 28 U.S.C. § 1407. These five new federal suits involve claims that are the same as or closely similar to the claims in the actions pending on that motion.

3. The five new actions are:

Cavazos v. Bard, Case No. 4:07 CV 01394
U.S. District Court, Eastern District of Texas
Plaintiffs: Ruben Cavazos
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Lynn N. Hughes (Stephen Smith, referral)

Woodard v. Davol, Case No. 2:07 CV 0747
U.S. District Court, Western District of Louisiana
Plaintiffs: Randall G. Woodard
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Patricia Minaldi (Alonzo P. Wilson, referral)

Risley v. Davol, Case No. 3:07 CV 0806
U.S. District Court, Southern District of California
Plaintiffs: Wendy H. and Tracy A. Risley
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: M. James Lorenz (Barbara Lynn Major, referral)

Kolb v. Bard, Case No. 3:07 CV 0482
U.S. District Court, Middle District of Tennessee
Plaintiffs: Lydia F. and Robert Kolb
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: William J. Haynes, Jr.

Kinney v. Davol, Case No. 1:07 CV 01336
U.S. District Court, Northern District of Ohio
Plaintiffs: David Kinney, as personal representative for the estate of Richard Kinney
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Dan Aaron Polster

4. A revised schedule of related actions and proof of service follow in this notice. Accompanying the notice is a courtesy submission to the JPML comprised of a copy of each complaint and docket sheet for the five actions on the notice. See

Checklist for Filing a New MDL Motion for 28 U.S.C. § 1407 Transfer. The courtesy submission is not for filing and is not served with the notice.

5. Neither the Hall Plaintiffs nor their counsel of record are parties to or counsel in the five actions noticed here.

Respectfully submitted this 17th day of May, 2007:

W. Lewis Garrison, Jr.
Ala. State Bar No. ASB-3591-N74W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham AL 35203
Ph. 205/326-3336
Facsimile 205/326-3332

*Counsel for Plaintiffs Lilyan Kathleen Hall and Alonzo Hall*
Hall v. Davol, Inc., Case No. 3:07 CV 0480-TMP
(In re: Kugel Mesh Hernia Patch Litigation, MDL No. 1842)

*Of Counsel:*

Timothy C. Davis
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham AL 35203
Ph. 205/326-3336
Facsimile 205/326-3332

BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH )
LITIGATION ) MDL No. 1842

**REVISED SCHEDULE OF RELATED ACTIONS**

Below are the twenty related actions on the motion for transfer, coordination, and consolidation pursuant to 28 U.S.C. § 1407, including the five actions on the foregoing notice. Each action is identified by case name and number, judicial district, captioned parties, and judge presiding:

Carter v. Davol, Case No. 4:06 CV 01012 JLH
U.S. District Court, Eastern District of Arkansas
Plaintiffs: Carolene Jean Carter
Defendants: Davol, Inc.; C.R. Bard, Inc.; and John Does I-V
Judge: J. Leon Holmes

Wilson v. Davol, Case No. 3:06 CV 0541/MCR/EMT
U.S. District Court, Northern District of Florida
Plaintiffs: Jane R. Wilson
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: M. Casey Rodgers

Campbell v. Davol, Case No. 5:06 CV 05154
U.S. District Court, Western District of Arkansas
Plaintiffs: Mary Jane Campbell
Defendants: Davol, Inc.; C.R. Bard, Inc.; WCO Products Corp.,;
and John Does II-V, Surgical Sense, Inc.
Judge: Jimm Larry Jendren

Von Essen v. C.R. Bard, Case No. 2:06 CV 04786
U.S. District Court, District of New Jersey
Plaintiffs: Jenine Von Essen
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Susan D. Wiginton

Edgar v. Davol, Case No. 4:06 CV 01471
U.S. District Court, Eastern District of Missouri
Plaintiffs: Timothy J. Edgar
Defendants: Davol, Inc.
Judge: Stephen N. Limbaugh

Poston v. Davol, Case No. 2:07 CV 0032
U.S. District Court, Eastern District of California
Plaintiffs: Daniel and Darline Poston
Defendants: Davol, Inc.
Judge: Frank C. Damrell, Jr.

Mathein v. C.R. Bard, Case No. 2:07 CV 02031
U.S. District Court, Central District of Illinois
Plaintiffs: James Daniel Mathein
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Michael P. McCluskey

Montiel v. Davol, Inc., Case No. 07-064
U.S. District Court, District of Rhode Island
Plaintiffs: Sonia Montiel, Carol Nunes-McNamara
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Mary M. Lisi

Sayler v. Davol, Case No. 1:07 CV 0765-LW
U.S. District Court, Northern District of Ohio
Plaintiffs: Richard H. and Lucinda J. Sayler
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Lesley Wells

Luffman v. C.R. Bard, 3:07 CV 0243
U.S. District Court, Middle District of Tennessee
Plaintiffs: George A. Luffman
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Willam J. Haynes

Hyland v. Davol, 2:07 CV 01054-ETB
U.S. District Court, Eastern District of New York

Plaintiffs: Thomas D. and Mary Jean Hyland
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Joanna Seybert (E. Thomas Boyle, referral)

Katechis v. Davol, 1:07 CV 02098-BSJ
U.S. District Court, Southern District of New York
Plaintiffs: Sophia and Nicholas Katechis
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Barbara S. Jones

Hall v. Davol, Inc., Case No. 3:07 CV 0480-TMP
U.S. District Court, Northern District of Alabama
Plaintiffs: Lilyan K. and Alonzo Hall
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge (Magistrate): T. Michael Putnam

DiLeonardo v. Davol, Case No. 1:07 CV 1540
U.S. District Court, Eastern District of New York
Plaintiffs: John and Elizabeth DiLeonardo,
Denise and Bernard Bray,
Elethenia and Willie Mobley,
Linda and Leon Peter
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Eric N. Vitaliano (Kiyo A. Matsumoto, referral)

Montgomery v. Davol, Case No. 3:07 CV 0176
U.S. District Court, Northern District of Florida
Plaintiffs: Neil and Stormi Montgomery
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Roger Vinson (Elizabeth M. Timothy, referral)

Cavazos v. Bard, Case No. 4:07 CV 01394
U.S. District Court, Eastern District of Texas
Plaintiffs: Ruben Cavazos
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Lynn N. Hughes (Stephen Smith, referral)

Woodard v. Davol, Case No. 2:07 CV 0747

U.S. District Court, Western District of Louisiana
Plaintiffs: Randall G. Woodard
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Patricia Minaldi (Alonzo P. Wilson, referral)

Risley v. Davol, Case No. 3:07 CV 0806
U.S. District Court, Southern District of California
Plaintiffs: Wendy H. and Tracy A. Risley
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: M. James Lorenz (Barbara Lynn Major, referral)

Kolb v. Bard, Case No. 3:07 CV 0482
U.S. District Court, Middle District of Tennessee
Plaintiffs: Lydia F. and Robert Kolb
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: William J. Haynes, Jr.

Kinney v. Davol, Case No. 1:07 CV 01336
U.S. District Court, Northern District of Ohio
Plaintiffs: David Kinney, as personal representative
for the estate of Richard Kinney
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Dan Aaron Polster

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing notice and revised schedule of related actions has been served upon (1) all counsel identified on the Updated Panel Attorney List issued by the JPML in MDL 1842 on April 10, 2007; (2) the Clerks of Court of the judicial districts in which the related (or potentially related) cases of this proceeding are pending, and (3) attorneys of record and the defendants in all recently-filed, potentially-related actions, by depositing same in the United States mail, first-class postage prepaid, correctly addressed, this 17th day of May, 2007, as follows:

Harris L. Pogust
Pogust & Braslow, LLP
161 Washington Street, Suite 1520
Conshocken, PA 19428
Counsel for Plaintiffs: Jenine Von Essen, et al.,
D. New Jersey, C.A. No. 2:06-04786

M. Graham Dobbs
Gray, Ritter & Graham , P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826
Counsel for Plaintiffs: Timothy J. Edgar, et al.,
E.D. Missouri. C.A. No. 4:06-01471

Craig Philip Niedenthal
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Counsel for Plaintiffs: Jane R. Wilson, et al.,
N.D. Florida, C.A. No. 3:06-00541

Jonathan Alan Saul
Thomas Minder and Associates
2151 River Plaza Drive, Suite 290
Sacramento, CA 95833
Counsel for Plaintiffs: Daniel Poston, Darline Poston. et al.,
E.D. California. C.A. No.2 :01-00032

Joseph W. Phebus
Phebus & Koester
136 W. Main Street
P.O. Box 1008
Urbana, IL 61801
Counsel for Plaintiffs: James Daniel Mathein, et al.,
C.D. Illinois, C.A. No. 2:07-02031

Edward A. Wallace
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
Counsel for Plaintiffs: Sonia Montiel, et al.,
D. Rhode Island, C.A. No. 1:07-00064

David A. Hodges
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
Counsel for Plaintiffs: Mary Jane Campbell,
Carolene Jean Carter, et al.,
W.D. Arkansas, Case No. 06-5154
E.D. Arkansas, C.A. No. 04:06-01012

Peter J. Brodhead
Spangenberg, Shibley & Liber
1900 East Ninth Street, Suite 2400
Cleveland OH 44114
Counsel for Plaintiffs: Sayler v. Davol,
Case No. 1:07 CV 0765-LW, U.S. Dist. Ct., N.D. Ohio

Joe G. Hollingsworth
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
Counsel for Defendants Davol, Inc., C.R. Bard, Inc.,
in multiple related actions

Andrew John Carboy, Sr.
Sullivan Papain Block McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271
For Plaintiffs in Hyland v. Bard, Katechis v. Davol

Donald D. Zuccarello
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
For Plaintiff in Luffman v. Bard

William Douglas Martin, LLP
KUTAK ROCK, LLP
214 W. Dickson
Fayetteville AR 72701
Counsel For Defendant WCO Medical Products Corp.
(and for Surgical Sense, Inc.),
Campbell v. Davol, Case No. 5:06 CV 05154

*[W. Lewis Garrison, Jr.*
*HENINGER GARRISON DAVIS, LLC*
*2224 First Avenue North*
*Birmingham AL 35203*
*Counsel for Plaintiffs in*
*Hall v. Davol, Inc., Case No. 3:07 CV 0480]*

Clerk of the Court, U.S. District Court
Eastern District of Arkansas
600 West Capitol Avenue
Little Rock AR 72201-3325
Re: Carter v. Davol, Case No. 4:06 CV 01012 JLH

Clerk of the Court, U.S. District Court
Northern District of Florida
1 North Palafox St.
Pensacola FL 32502
Re: Wilson v. Davol, Case No. 3:06 CV 0541/MCR/EMT

Re: <u>Montgomery v. Davol</u>, 3:07 CV 0176

Clerk of the Court, U.S. District Court
Western District of Arkansas
P. O. Box 1547
Fort Smith AR 72902-1547
Re: <u>Campbell v. Davol</u>, Case No. 5:06 CV 05154

Clerk of the Court, U.S. District Court
District of New Jersey
50 Walnut Street
Newark NJ 07101
Re: <u>Essen v. C.R. Bard</u>, Case No. 2:06 CV 04786

Clerk of the Court, U.S. District Court
Eastern District of Missouri
111 South 10th Street, Suite 3.300
St. Louis MO 63102
Re: <u>Edgar v. Davol</u>, Case No. 4:06 CV 01471

Clerk of the Court, U.S. District Court
Eastern District of California
501 "I" Street
Sacramento CA 95814
Re: <u>Poston v. Davol</u>, Case No. 2:07 CV 0032

Clerk of the Court, U.S. District Court
Central District of Illinois
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802
Re: <u>Mathein v. C.R. Bard</u>, Case No. 2:07 CV 02031

Clerk of the Court, U.S. District Court
District of Rhode Island
One Exchange Terrace
Providence RI 02903
Re: <u>Montiel v. Davol, Inc.</u>, Case No. 07-064

Clerk of the Court, U.S. District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland OH 44113-1830
Re: Sayler v. Davol, Case No. 1:07 CV 0765-LW
Re: Kinney v. Davol, Case No. 1:07 CV 01336

Clerk of the Court, U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville TN 37203
Re: Luffman v. C.R. Bard, 3:07 CV 0243
Re: Kolb v. Bard, Case No. 3:07 CV 0482

Clerk of the Court, U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201
Re: Hyland v. Davol, 2:07 CV 01054-ETB
Re: DiLeonardo v. Davol, 1:07 CV 1540

Clerk of the Court, U.S. District Court
Southern District of New York
500 Pearl Street
New York NY 10007-1312
Re: Katechis v. Davol, 1:07 CV 02098-BSJ

Clerk of the Court, U.S. District Court
Northern District of Alabama
1729 Fifth Avenue North
Birmingham AL 35203
Re: Hall v. Davol, Inc., Case No. 3:07 CV 0480

Clerk of the Court, U.S. District Court
Eastern District of Texas
Jack Brooks Federal Building
300 Willow Street

Beaumont TX 77701
Re: Cavazos v. Bard, Case No. 4:07 CV 01394

Clerk, U.S. District Court
Western District of Louisiana
Edwin F. Hunter, Jr.
United States Courthouse and Federal Building
Suite 188
611 Broad Street
Lake Charles LA 70601
Re: Woodard v. Davol, Case No. 2:07 CV 0747

Clerk, U.S. District Court
Southern District of California
940 Front Street
San Diego, CA 92101
Re: Risley v. Davol, Case No. 3:07 CV 0806

Michael A. London
DOUGLAS & LONDON, P.C.
111 John Street, Suite 1400
New York NY 10038
Counsel for Plaintiffs in
DiLeonardo v. Davol, 1:07 CV 1540

R. Jason Richards
Neil D. Overholtz
ALYSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
4400 Bayou Blvd., Ste. 58A
Pensacola FL 32503
Counsel for Plaintiffs in
Montgomery v. Davol, 3:07 CV 0176

Christopher T. Kirchmer
PROVOST UMPHREY LAW FIRM, L.L.P.
P.O. Box 4905
Beaumont TX 77704

Counsel for Plaintiff in
Cavazos v. Bard, Case No. 4:07 CV 01394

Matthew E. Lundy
LUNDY & DAVIS, L.L.P.
P.O. Box 3010
Lake Charles LA 70602
Counsel for Plaintiff in
Woodard v. Davol, Case No. 2:07 CV 0747

Janice F. Mulligan
Elizabeth A. Banham
MULLIGAN & BANHAM
2442 Fourth Avenue, Ste. 100
San Diego CA 92101
Counsel for Plaintiffs
in Risley v. Davol, Case No. 3:07 CV 0806

Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York NY 10004
Counsel for Plaintiffs
in Risley v. Davol, Case No. 3:07 CV 0806

C. Richard Eshelman
ESHELMAN LEGAL GROUP
263 Portage Trail, Ext. W
Cuyahoga Falls OH 44223
Counsel for Plaintiff
in Kinney v. Davol, Case No. 1:07 CV 01336

Craig Philip Niedenthal
CORY, WATSON, CROWDER & DeGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Counsel for Plaintiff
in Kinney v. Davol, Case No. 1:07 CV 01336

Nina H. Parsley
LAW OFFICE OF DONALD D. ZUCCARELLO
3209 West End Avenue
Nashville, TN 37203
Counsel for Plaintiffs
in Kolb v. Bard, Case No. 3:07 CV 0482

Andrew L. Colocotronis
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
Counsel for Defendants in
Kolb v. Bard, Case No. 3:07 CV 0482

Davol, Inc.
100 Sockanosset Crossroad
Cranston RI 02920
Defendant: DiLeonardo v. Davol, 1:07 CV 1540, Montgomery v. Davol, 3:07 CV 0176, Cavazos v. Bard, Case No. 4:07 CV 01394, Woodard v. Davol, Case No. 2:07 CV 0747, Risley v. Davol, Case No. 3:07 CV 0806, and Kinney v. Davol, Case No. 1:07 CV 01336

C.R. Bard, Inc.
730 Central Avenue
Murray Hill NJ 07974
Defendant: DiLeonardo v. Davol, 1:07 CV 1540, Montgomery v. Davol, 3:07 CV 0176, Cavazos v. Bard, Case No. 4:07 CV 01394, Woodard v. Davol, Case No. 2:07 CV 0747, Risley v. Davol, Case No. 3:07 CV 0806, and Kinney v. Davol, Case No. 1:07 CV 01336

W. Lewis Garrison, Jr.