FILED
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE
★ MAR 2 2007 ★
ENTERED
★ ——— ★

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: KUGEL MESH HERNIA PATCH LITIGATION

MDL Docket No. 1842
07 CV 1054 (JS)

**MOVANT MONTIEL'S NOTICE**
**OF TAG-ALONG ACTIONS**

To the Judicial Panel on Multidistrict Litigation and all Parties and their attorneys of record:

1. Please take notice that on February 23, 2007, plaintiffs in the action styled *Montiel v. Davol, Inc. et al.*, Case No. CA 07-064, United States District Court for the District of Rhode Island (the "Movants" and the "*Montiel* Action") filed a petition under 28 U.S.C. § 1407 seeking transfer and coordination of the cases listed in the attached Schedule of Actions, attached hereto as Exhibit A.

2. Pursuant to Rules 7.2(i), 7.3(a), 7.5(d) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), we hereby notify the Clerk of the Panel that related actions were recently filed in the Eastern District of New York, the Southern District of New York, the Northern District of Alabama and the Northern District of Ohio as follows:

**Eastern District of New York**

Thomas D. Hyland and Mary Jean Hyland v. Davol, Inc., and C.R. Bard, Inc.; Civil Action No. 2:07-cv-1054, Hon. Joanna Seybert.

**Southern District of New York**

Sophia Katechis and Nicholas Katechis v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 1:07-cv-2098, Hon. Barbara S. Jones.

**Northern District of Alabama**

Lilyan Kathleen Hall and Alonzo Hall v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 3:07-cv-480, Hon. T. Michael Putnam.

**Northern District of Ohio**

Richard H. Sayler and Lucinda J. Sayler v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 1:07-cv-765, Hon. Lesley Wells.

3. These actions arise from the same facts and assert similar claims as the pending actions that are the subject of Movants' petition and should, therefore, be designated as a Tag-Along Action pursuant to Panel Rule 7.5.

Dated: March 23, 2007

/s/ Edward A. Wallace / MRM
Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
312-346-2222
312-346-0022 FAX

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Teresa C. Toriseva
Kathy A. Brown
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV 46003
304-238-0066
304-238-0149 FAX

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Henry Leventis
Carmen Scott
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX