UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

THOMAS D. HYLAND and MARY JEAN HYLAND,

Plaintiffs,

- against -

DAVOL, INC., and C.R. BARD, INC.,

Defendants.

---------------------------------------------------------------------X

**Demand for Jury Trial**

**Civil Action Number**

07 CV 1054

SIRS:

PLEASE TAKE NOTICE, that plaintiffs hereby demand a trial by jury of the above matter.

Dated: New York, New York
March 15, 2007

Yours, etc.,

SULLIVAN PAPAIN BLOCK
MCGRATH & CANNAVO P.C.

By:____________________________
ANDREW J. CARBOY (AJC-2147)
Attorneys for Plaintiffs
120 Broadway
New York, New York 10271
(212) 732-9000

TO: McCarter & English, LLP
245 Park Avenue
New York, New York 10167

Spriggs & Hollingsworth
1350 I Street N.W.
Washington, D.C. 20005

Clerk, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201