UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

THOMAS D. HYLAND and MARY JEAN HYLAND,

Plaintiffs,

-against-

DAVOL, INC. and C.R. BARD, INC.,

Defendants.

--------------------------------------------------------------x

CV 07 1054 (JS)

NOTICE OF CHANGE OF ATTORNEY INFORMATION

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court and the Electronic Filing Policy and Procedures, please take notice of the following attorney information change(s) for: Samuel J. Abate, Jr.

Attorney:

I am a U.S.D.C., Eastern District of New York attorney. My Bar Number is: SA 0915.

Law Firm/Government Agency Association:

From: McCarter & English LLP    To: Pepper Hamilton LLP

I will continue to be a counsel of record in the above matter.

Address: 420 Lexington Avenue
Suite 2320
New York, NY 10170-2399
Telephone Number: (212)808-2706
E-Mail Address: abates@pepperlaw.com
Fax Number: (866) 738-9621

Dated: April 26, 2007

Signature: /s/ Samuel J. Abate, Jr.
Bar No. (SA0915)
Firm Name: Pepper Hamilton LLP
Address: 420 Lexington Avenue
Suite 2320
New York, NY 10170-2399
Telephone No.: (212) 808-2700
E-mail address: abates@pepperlaw.com

#8521325 v1