**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE
★ JUN 25 2007 ★
ENTERED
★ ★

IN RE: KUGEL MESH HERNIA PATCH LITIGATION

MDL Docket No. 1842
2:07CV1054(JS)

**MOVANT MONTIEL'S EIGHTH NOTICE OF TAG-ALONG ACTION**

To the Judicial Panel on Multidistrict Litigation and all Parties and their attorneys of record:

1. Please take notice that on February 23, 2007, plaintiffs in the action styled *Montiel v. Davol, Inc. et al.*, Case No. CA 07-064, United States District Court for the District of Rhode Island (the "Movants" and the "*Montiel* Action") filed a petition under 28 U.S.C. § 1407 seeking transfer and coordination of the cases listed in the attached Revised Schedule of Actions, attached hereto as Exhibit A.

2. Pursuant to Rules 7.2(i), 7.3(a), 7.5(d) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), we hereby notify the Clerk of the Panel that related actions were recently filed in the Eastern District of New York, the Middle District of Tennessee, and the Southern District of Texas:

**Eastern District of New York**

Florence Horowitz, Arnold Horowitz and Ruth Ann Babcock, Individually and on behalf of all other similarly situated v. Davol, Inc., and C.R. Bard, Inc.; Civil Action No. 1:07-cv-02392, Hon. Raymond J. Dearie

**Middle District of Tennessee**

Lattica Lashey Horton v. C.R. Bard, Inc. and Davol, Inc.; Civil Action No. 3:07-cv-00636, Hon. William J. Haynes, Jr.

Martha Burleson and Jerome Burleson v C.R. Bard, Inc. and Davol, Inc.; Civil Action No. 3:07-cv-00643, Hon. William J. Haynes, Jr.

**Southern District of Texas**

Kathy A. Shepherd v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 4:07-cv-02002, Hon. Kenneth M. Hoyt

Betsy L. Bynum v. Davol, Inc., and C.R. Bard, Inc.; Civil Action No. 4:07-cv-02031, Hon. Ewing Werleing, Jr.

Roy R. Young v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 4:07-cv-02040

Mauro L. Cossentino v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 4:07-cv-02041

Carla Jean Eaves v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 4:07-cv-02044

Willis C. Gabbard v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 4:07-cv-02046

Shirley L. Wright v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 4:07-cv-02048

Gladys Mae Fox v. Davol, Inc. and C.R. Bard, Inc.; Civil Action No. 4:07-cv-02055

3. These actions arise from the same facts and assert similar claims as the pending actions that are the subject of Movants' petition and should, therefore, be designated as a Tag-Along Action pursuant to Panel Rule 7.5.

Dated: June 22, 2007

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
312-346-2222
312-346-0022 FAX

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Teresa C. Toriseva
Kathy A. Brown
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV 46003
304-238-0066
304-238-0149 FAX

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Henry Leventis
Carmen Scott
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

# EXHIBIT
# A

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: KUGEL MESH HERNIA PATCH LITIGATION

MDL Docket No. 1842

## REVISED SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Carolene Jean Carter<br>**Defendants:**<br>Davol, Inc., C.R. Bard, Inc., a Rhode Island corporation, and John Does I-V | E.D. Arkansas (Little Rock Division) | 4:06-cv-01012 | J. Leon Holmes |
| **Plaintiffs:**<br>Mary Jane Campbell<br>**Defendants:**<br>Davol, Inc., a Rhode Island corporation, C.R. Bard, Inc., a New Jersey corporation, Surgical Sense, Inc., a Texas corporation, WCO Medical Products Corporation, formerly John Doe I, and John Does II-V | W.D. Arkansas (Fayetteville Division) | 5:06-cv-05154 | Jimm Larry Hendren |
| **Plaintiffs:**<br>Jenine Von Essen<br>**Defendants:**<br>C.R. Bard, Inc. and Davol, Inc. | D. New Jersey (Newark Division) | 2:06-cv-04786 | Susan D. Wigenton |
| **Plaintiffs:**<br>Timothy J. Edgar<br>**Defendants:**<br>Davol, Inc., a Delaware Corporation | E.D. Missouri (St. Louis Division) | 4:06-cv-01471 | Stephen N. Limbaugh |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jane R. Wilson<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | N.D. Florida (Pensacola Division) | 3:06-cv-00541 | M. Casey Rodgers |
| **Plaintiffs:**<br>Daniel Poston and Darline Poston<br>**Defendants:**<br>Davol, Inc. | E.D. California (Sacramento Division) | 2:07-cv-00032 | Frank C. Damrell, Jr. |
| **Plaintiffs:**<br>James Daniel Mathein<br>**Defendants:**<br>Davol, Inc., a Rhode Island corporation, and C.R. Bard, Inc., a New Jersey corporation | C.D. Illinois (Urbana Division) | 2:07-cv-02031 | Michael P. McCluskey |
| **Plaintiffs:**<br>Sonia Montiel, on behalf of herself and all others similarly situated, and Carol Nunes-McNamara, on behalf of herself and all others similarly situated<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | D. Rhode Island (Providence Division) | 1:07-cv-00064 | Mary M. Lisi |
| **Plaintiffs:**<br>George Andrew Luffman<br>**Defendants:**<br>C.R. Bard, Inc., a New Jersey Corporation, and Davol, Inc., a Rhode Island Corporation | M.D. Tennessee | 3:07-cv-00243 | William J. Haynes |
| **Plaintiffs:**<br>Thomas D. Hyland and Mary Jean Hyland<br>**Defendants:** Davol, Inc., and C.R. Bard, Inc. | E.D. New York | 2:07-cv-1054 | Joanna Seybert |
| **Plaintiffs:**<br>Sophia Katechis and Nicholas Katechis<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | S.D. New York | 1:07-cv-2098 | Barbara S. Jones |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Lilyan Kathleen Hall and Alonzo Hall<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | N.D. Alabama | 3:07-cv-480 | T. Michael Putnam |
| **Plaintiffs:**<br>Richard H. Sayler, 35146 Quartermane, Bentleyville, OH 44136 and Lucinda J. Sayler, 35146 Quartermane, Bentleyville, OH 44136<br>**Defendants:**<br>Davol, Inc., c/o Statutory Agent, CT Corporation System, 815 Superior Avenue, N.E., Cleveland, OH 44114 and C.R. Bard, Inc., c/o Statutory Agent, CT Corporation System, 815 Superior Avenue, N.E., Cleveland, OH 44114 | N.D. Ohio | 1:07-cv-765 | Lesley Wells |
| **Plaintiffs:**<br>John Dileonardo and Elizabeth Dileonardo, Denise Bray and Bernard Bray, Elethiana Mobley and Willie Mobley, and Linda Peter and Leon Peter<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | E. D. New York | 1:07-cv-1540 | Eric N. Vitaliano |
| **Plaintiffs:**<br>Neil Montgomery, Jr. and Stormi Montgomery<br>**Defendants:** Davol, Inc. and C.R. Bard, Inc. | N.D. Florida | 3:07-cv-176 | Roger Vinson |
| **Plaintiffs:**<br>Ruben Cavazos<br>**Defendants:**<br>C.R. Bard, Inc., and Davol, Inc. | S.D. Texas | 4:07-cv-1394 | Lynn N. Hughes |
| **Plaintiffs:**<br>Randall G. Woodard<br>**Defendants:**<br>Davol Inc. and C.R. Bard Inc. | W.D. Louisiana | 2:07-cv-747 | Patricia Minaldi |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Lydia F. Kolb and Robert Kolb<br>**Defendants:**<br>C.R. Bard Inc., and Davol, Inc. | M.D. Tennessee | 3:07-cv-482 | William J. Haynes, Jr. |
| **Plaintiffs:**<br>Wendy H. Risley; and Tracy A. Risley<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. California | 3:07-cv-806 | M. James Lorenz |
| **Plaintiffs:**<br>David Kinney, as personal representative for the Estate of Richard Kinney<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | N.D. Ohio | 1:07-cv-01336 | Dan Aaron Polster |
| **Plaintiffs:**<br>Brenda Randall<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | M.D. North Carolina | 1:07-cv-00393 | P. Trevor Sharp |
| **Plaintiffs:**<br>Elmer Knapp<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | M.D. North Carolina | 1:07-cv-00396 | Unassigned |
| **Plaintiffs:**<br>J.W. Collins<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | W.D. Kentucky | 1:07-cv-00093 | Joseph H. McKinley, Jr. |
| **Plaintiffs:**<br>Robert Witt<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | W.D. Texas | 6:07-cv-00163 | Walter S. Smith |
| **Plaintiffs:**<br>Loretta Renee Wilkins<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | E.D. Texas | 1:07-cv-00312 | Ron Clark |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Lynn Jones<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | D. Rhode Island | 1:07-cv-00190 | Mary M. Lisi |
| **Plaintiffs:**<br>Bonnie Tompkins<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | D. Rhode Island | 1:07-cv-00191 | Mary M. Lisi |
| **Plaintiffs:**<br>Beverly Diffee<br>**Defendants:**<br>C.R. Bard, Inc., Serve: Registered Agent CT Corporation System, 10 Weybosset Street, Providence, RI 02903; and Davol, Inc., Serve: Registered Agent CT Corporation System, 10 Weybosset Street, Providence, RI 02903; and Tenet Health System, DI, Inc. D/B/A/ Des Peres Hospital, Serve: Registered Agent The Corporation Company, 120 S. Central Avenue, St. Louis, MO 63105 | E.D. Missouri | 4:07-cv-01045 | Carol E. Jackson |
| **Plaintiffs:**<br>Victoria McNeir<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | D. Nebraska | 4:07-cv-03142 | Richard G. Kopf |
| **Plaintiffs:**<br>David Staton & Terri Staton<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | N.D. Alabama | 2:07-cv-01033 | Harwell G. Davis, III |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Judy A. Nichol and Louis Nichol, Husband and Wife<br>**Defendants:**<br>Boulder City Hospital, Inc.; Davol, Inc., a subsidiary of C.R. Bard, Inc., a Delaware corporation; C.R. Bard, Inc., a New Jersey corporation; Doe Davol/C.R. Bard Sales Representative; John Does 1 through 10, inclusive, and Roe Corporations 1 through 10, inclusive | D. Nevada | 2:07-cv-00731 | Brian E. Sandoval |
| **Plaintiffs:**<br>Florence Horowitz, Arnold Horowitz and Ruth Ann Babcock individually, and on behalf of all others similarly situated<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | E.D. New York | 1:07-cv-02392 | Raymond J. Dearie |
| **Plaintiffs:**<br>Lattica Lashey Horton<br>**Defendants:**<br>C.R. Bard, Inc., and Davol, Inc. | M.D. Tennessee | 3:07-cv-00636 | William J. Haynes, Jr. |
| **Plaintiffs:**<br>Martha Burleson and Jerome Burleson<br>**Defendants:**<br>C.R. Bard, Inc., and Davol, Inc. | M.D. Tennessee | 3:07-cv-00643 | William J. Haynes, Jr. |
| **Plaintiffs:**<br>Kathy A. Shepherd<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. Texas | 4:07-cv-02002 | Kenneth M. Hoyt |
| **Plaintiffs:**<br>Betsy L. Bynum<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. Texas | 4:07-cv-02031 | Ewing Werlein, Jr. |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Roy R. Young<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. Texas | 4:07-cv-02040 | |
| **Plaintiffs:**<br>Mauro L. Cossentino<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. Texas | 4:07-cv-02041 | |
| **Plaintiffs:**<br>Carla Jean Eaves<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. Texas | 4:07-cv-02044 | |
| **Plaintiffs:**<br>Willis C. Gabbard<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. Texas | 4:07-cv-02046 | |
| **Plaintiffs:**<br>Shirley L. Wright<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. Texas | 4:07-cv-02048 | |
| **Plaintiffs:**<br>Gladys Mae Fox<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. Texas | 4:07-cv-02055 | |

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

---

| | |
|---|---|
| IN RE: KUGEL MESH HERNIA PATCH LITIGATION | MDL Docket No. 1842 |

---

**<u>PROOF OF SERVICE</u>**

I hereby certify that copies of the foregoing Eighth Notice of Tag-Along Action and this Proof of Service were served by First Class Mail on June 22, 2007, to the following:

Clerk, Eastern District of Arkansas, C.A. No. 04:06-01012
Little Rock, AR

Clerk, Western District of Arkansas, C.A. No. 05:06-05154
Fayetteville, AR

Clerk, Eastern District of Louisiana, C.A. 2:06-05837
New Orleans, LA

Clerk, District of New Jersey, C.A. No. 2:06-04786
Newark, NJ

Clerk, Eastern District of Missouri, C.A. No. 4:06-01471 and 4:07-01045
St. Louis, MO

Clerk, Northern District of Florida, C.A. No. 3:06-00541
Pensacola, FL

Clerk, Eastern District of California, C.A. No. 2:07-00032
Sacramento, CA

Clerk, Central District of Illinois, C.A. No. 2:07-02031
Urbana, IL

Clerk, District of Rhode Island, C.A. No. 1:07-00064, 1:07-00190 and 1:07-00191
Providence, RI

Clerk, Middle District of Tennessee, C.A. No. 3:07-00243, 3:07-00482, 3:07-00636 and 3:07-00643
Nashville, TN

Clerk, Northern District of Alabama, C.A. No. 3:07-00480 and 2:07-01033
Birmingham, AL

Clerk, Northern District of Ohio, C.A. No. 1:07-00765 and 1:07-01336
Cleveland, OH

Clerk, Southern District of New York, C.A. No. 1:07-2098
New York, NY

Clerk, Eastern District of New York, C.A. No. 2:07-1054
Central Islip, NY

Clerk, Eastern District of New York, C.A. No. 1:07-1540 and 1:07-02392
Brooklyn, NY

Clerk, Southern District of Texas, C.A. No. 4:07-01394, 4:07-02002, 4:07-02031, 4:07-02040, 4:07-02041, 4:07-02044, 4:07-02046, 4:07-02048 and 4:07-02055
Houston, TX

Clerk, Western District of Louisiana, C.A. No. 2:07-00747
Lake Charles, LA

Clerk, Southern District of California, C.A. No. 3:07-00806
San Diego, CA

Clerk, Middle District of North Carolina, C.A. No. 1:07-00393 and 1:07-00396
Durham, NC

Clerk, Western District of Kentucky, C.A. No. 1:07-00093
Bowling Green, KY

Clerk, Western District of Texas, C.A. No. 6:07-00163
Waco, TX

Clerk, Eastern District of Texas, C.A. No. 1:07-00312
Beaumont, TX

Clerk, District of Nebraska, C.A. No. 4:07-03142
Lincoln, NE

Clerk, District of Nevada, C.A. No. 2:07-00731
Las Vegas, NV

Callis L. Childs
Attorney at Law
243 U.S. Highway 64 East
Conway, AR 72032
**Counsel for Plaintiffs: Carolene Jean Carter, et al.,**
E.D. Arkansas, C.A. No. 04:06-01012

Cindy L. Hawkins
Attorney at Law
PO Box 805
105 Holcomb Street
Springdale, AR 72765-0809
**Counsel for Plaintiffs: Mary Jane Campbell, et al.,**
W.D. Arkansas, C.A. No. 05:06- 05154

Harris L. Pogust
Pogust & Braslow, LLP
161 Washington Street, Suite 1520
Conshocken, PA 19428
**Counsel for Plaintiffs: Jenine Von Essen, et al.,**
D. New Jersey, C.A. No. 2:06-04786

Maurice B. Graham
M. Graham Dobbs
Gray & Ritter, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826
**Counsel for Plaintiffs: Timothy J. Edgar, et al.,**
E.D. Missouri, C.A. No. 4:06-01471

Bradley Syfrett Odom
Kievit Odom & Barlow
635 W. Garden Street
Pensacola, FL 32502
**Counsel for Plaintiffs: Jane R. Wilson, et al.,**
N.D. Florida, C.A. No. 3:06-00541

Craig Philip Niedenthal
Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
Cory Watson Crowder
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
**Counsel for Plaintiffs: Jane R. Wilson, et al.,**
N.D. Florida, C.A. No. 3:06-00541

**Counsel for Plaintiff: David Kinney**
N.D. Ohio, C.A. No. 1:07-01336

**Counsel for Plaintiff: J.W. Collins**
W.D. Kentucky, C.A. No. 1:07-00093

**Counsel for Plaintiff: Victoria McNeir**
D. Nebraska, C.A. No. 4:07-03142

Lee L. Coleman
Hughes & Coleman
P.O. Box 10120
Bowling Green, KY 42102
**Counsel for Plaintiff: J.W. Collins**
W.D. Kentucky, C.A. No. 1:07-00093

Jonathan Alan Saul
Thomas Minder and Associates
2151 River Plaza Drive, Suite 290
Sacramento, CA 95833
**Counsel for Plaintiffs: Daniel Poston, Darline Poston, et al.,**
E.D. California, C.A. No. 2:07-00032

Douglas Phebus
Lawton & Cates
10 East Doty
Madison, WI 53703
**Counsel for Plaintiffs: James Daniel Mathein, et al.,**
C.D. Illinois, C.A. No. 2:07-02031

Joseph W Phebus
Phebus & Koester
136 W Main Street
Urbana, IL 61801
**Counsel for Plaintiffs: James Daniel Mathein, et al.,**
C.D. Illinois, C.A. No. 2:07-02031

Donald A. Migliori
Motley Rice LLC
321 S. Main Street, 2nd Floor
PO Box 6067
Providence, RI 02940-6067
**Counsel for Plaintiffs: Sonia Montiel, et al.,**
D. Rhode Island, C.A. No. 1:07-00064

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Hery Leventis
Carmen Scott
Motley Rice LLC
28 Bridgeside Boulevard
PO Box 1792
Mt. Pleasant, SC 29465

**Counsel for Plaintiffs: Sonia Montiel, et al.,**
D. Rhode Island, C.A. No. 1:07-00064

**Counsel for Plaintiff: Lynn Jones,**
D. Rhode Island, C.A. No. 1:07-00190

**Counsel for Plaintiff: Bonnie Tompkins,**
D. Rhode Island, C.A. No. 1:07-00191

Edward A. Wallace
Mark R. Miller
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602

**Counsel for Plaintiffs: Sonia Montiel, et al.,**
D. Rhode Island, C.A. No. 1:07-00064

Teresa C. Toriseva
Kathy A. Brown
Wexler Toriseva Wallace LLP
1446 National Road
Wheeling, WV 26003

**Counsel for Plaintiffs: Sonia Montiel, et al.,**
D. Rhode Island, C.A. No. 1:07-00064

David A. Hodges
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429

**Counsel for Plaintiffs: Carolene Jean Carter, et al.,**
E.D. Arkansas, C.A. No. 04:06-01012

**Counsel for Plaintiffs: Mary Jane Campbell, et al.,**
W.D. Arkansas, C.A. No. 05:06-05154

Donald D. Zuccarello
Nina H. Parsley
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203

**Counsel for Plaintiff: George Andrew Luffman**
M.D. Tennessee, C.A. No. 03:07-00243

**Counsel for Plaintiffs: Lydia F. Kolb, et al.**
M.D. Tennessee, C.A. No. 03:07-00482

**Counsel for Plaintiff: Lattica Lashey Horton**
M.D. Tennessee, C.A. No. 3:07-00636

**Counsel for Plaintiffs: Martha Burleson, et al.**
M.D. Tennessee, C.A. No. 3:07-00643

Peter J. Brodhead
Nicholas A. Dicello
Spangenberg, Shibley & Liber
1900 East Ninth Street, Suite 2400
Cleveland, OH 44114

**Counsel for Plaintiffs: Richard H. Sayler, et al.**
N.D. Ohio, C.A. No. 1:07-00765

W. Lewis Garrison
Timothy C. Davis
William L. Bross
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

**Counsel for Plaintiffs: Lilyan Kathleen Hall, et al.**
N.D. Alabama, C.A. No. 3:07-00480

Michael A London
Douglas & London
111 John Street, 8th Floor
New York, NY 10038

**Counsel for Plaintiffs: John Dileonardo, et al**
E.D. New York, C.A. No. 1:07-1540

**Counsel for Plaintiffs: Florence Horowitz, et al**
E.D. New York, C.A. No. 1:07-02392

Andrew J. Carboy
Sullivan Papain Block McGrath & Cannavo P.C.
120 Broadway, 18th Floor
New York, NY 10271

**Counsel for Plaintiffs: Thomas D. Hyland, et al.**
E.D. New York, C.A. No. 2:07-01054

**Counsel for Plaintiffs: Sophia Katechis, et al.**
S.D. New York, C.A. No. 1:07-2098

R. Jason Richards
Aylston Witkin & Sasser PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

**Counsel for Plaintiffs: Neil Montgomery et al.**
N.D. Florida, C.A. No. 3:07-176

Christopher T. Kirchmer
Provost Umphrey Law Firm
490 Park Street
Beaumont, TX 77701

**Counsel for Plaintiff: Ruben Cavazos**
S.D. Texas, C.A. No. 4:07-01394

Matthew E. Lundy
Lundy & Davis
P.O. Box 3010
Lake Charles, LA 70602-3010

**Counsel for Plaintiff: Randall G. Woodard**
W.D. Louisiana, C.A. No. 2:07-00747

Elizabeth Anne Banham
Mulligan and Banham
2442 Fourth Avenue, Suite 100
San Diego, CA 92101

**Counsel for Plaintiffs: Wendy H. Risley, et al.**
S.D. California, C.A. No. 3:07-00806

Charles Richard Eshelman
Eshelman Legal Group
205 Portage Trail Extension West
Cuyahoga Falls, OH 44223
**Counsel for Plaintiff: David Kinney**
N.D. Ohio, C.A. No. 1:07-01336

Marcus Edward Hayes, Sr.
Crumley & Associates, P.C.
2400 Freeman Mill Rd., Ste. 200
Greensboro, NC 27406
**Counsel for Plaintiff: Brenda Randall,**
M.D. North Carolina, C.A. No. 1:07-00393

**Counsel for Plaintiff: Elmer Knapp,**
M.D. North Carolina, C.A. No. 1:07-00396

Terry Bryant
West Memorial Office Park
8584 Katy Freeway, Suite 100
Houston, TX 77024
**Counsel for Plaintiff: Robert Witt,**
W.D. Texas, C.A. No. 6:07-00163

**Counsel for Plaintiff: Loretta Renee Wilkins,**
E.D. Texas, C.A. No. 1:07-00312

Robert H. Pedroli, Jr.
Pedroli & Gauthier
7777 Bomhomme Avenue, Suite 2250
Clayton, MO 63105
**Counsel for Plaintiff: Beverly Diffee,**
E.D. Missouri, C.A. No. 4:07-01045

Daniel H. Friedman
Friedman Law Offices
3800 Normal Boulevard, Suite 200
Lincoln, NE 68506
**Counsel for Plaintiff: Victoria McNeir,**
D. Nebraska, C.A. No. 4:07-03142

Frank O. Hanson, Jr.
Law Offices of Frank O. Hanson, Jr.
4401 Gary Avenue
Fairfield, AL 35064
**Counsel for Plaintiffs: David Staton, et al.,**
N.D. Alabama, C.A. No. 2:07-01033

Eckley M. Keach
Eckley M. Keach, Chtd.
520 S. Fourth Street
Las Vegas, NV 89101
**Counsel for Plaintiffs: Judy A. Nichol, et al.,**
D. Nevada, C.A. No. 2:07-00731

Robert E. Murdock
Murdock & Associates
520 S. 4th Street, Second Floor
Las Vegas, NV 89101
**Counsel for Plaintiffs: Judy A. Nichol, et al.,**
D. Nevada, C.A. No. 2:07-00731

David Willis Alexander
Attorney at Law
1989 Kingston Cove
League City, TX 77573
**Counsel for Plaintiff: Kathy A. Shepherd**
S.D. Texas, C.A. No. 4:07-02002

**Counsel for Plaintiff: Betsy L. Bynum**
S.D. Texas, C.A. No. 4:07-02031

**Counsel for Plaintiff: Roy R. Young**
S.D. Texas, C.A. No. 4:07-02040

**Counsel for Plaintiff: Carla Jean Eaves**
S.D. Texas, C.A. No. 4:07-02044

**Counsel for Plaintiff: Willis C. Gabbard**
S.D. Texas, C.A. No. 4:07-02046

**Counsel for Plaintiff: Shirley L. Wright**
S.D. Texas, C.A. No. 4:07-02048

**Counsel for Plaintiff: Gladys Mae Fox**
S.D. Texas, C.A. No. 4:07-02055

Dana Alan Gausepohl
Kirby T. Griffis
Michael L. Junk
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005

**Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
E.D. Arkansas, C.A. No. 04:06-01012

**Counsel for Defendants: Davol, Inc. C.R. Bard, Inc.,**
W.D. Arkansas, C.A. No. 05:06-05154

**Counsel for Defendant: Davol, Inc.,**
E.D. Missouri, C.A. No. 4:06-01471

**Counsel for Defendant: Davol, Inc.,**
E.D. California, C.A. No. 2:07-00032

**Counsel for Defendant: Davol, Inc.,**
C.D. Illinois, C.A. No. 2:07-02031

**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
M.D. Tennessee, C.A. No. 3:07-00243

**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
M.D. Tennessee, C.A. No. 3:07-00482

**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
M.D. Tennessee, C.A. No. 3:07-00636

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. – LR
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
**Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
E.D. Arkansas, C.A. No. 04:06-01012

**Counsel for Defendants: Davol, Inc. C.R. Bard, Inc.,**
W.D. Arkansas, C.A. No. 05:06-05154

William Douglas Martin
Kutak Rock LLP
214 W. Dickson
Fayetteville, AR 72701
**Counsel for Defendants: Surgical Sense, Inc., WCO Medical Products Corporation**
W.D. Arkansas, C.A. No. 5:06-05154

Stanton E. Shuler, Jr.
Lauren Fajoni Bartlett
Leake & Andersson, LLP
Energy Centre
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
**Counsel for Defendants: C.R. Bard, Inc., Bard Access Systems, Inc.,**
E.D. Louisiana, C.A. 2:06-05837

David J. Cooner
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101
**Counsel for Defendants: C.R. Bard, Inc., Davol, Inc.,**
D. New Jersey, C.A. No. 2:06-04786

Dennie M. Zankel
Andrew L. Colocotronis
Baker and Sterchi, L.L.C.
1010 Market Street, Suite 950
St. Louis, MO 63101
**Counsel for Defendant: Davol, Inc.,**
E.D. Missouri, C.A. No. 4:06-01471

**Counsel for Defendant: Davol, Inc.,**
E.D. Tennessee, C.A. No. 3:07-00482

**Counsel for Defendant: Davol, Inc., C.R. Bard, Inc.**
E.D. Missouri, C.A. No. 4:07-01045

John M. Kvartek
Clark Partington Hart Larry Bond & Stackhouse
125 W. Romana Street, Suite 800
PO Box 13010
Pensacola, FL 32591-3010
**Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
N.D. Florida, C.A. No. 3:06-00541

Thomas M. Frieder
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
**Counsel for Defendant: Davol, Inc.,**
E.D. California, C.A. No. 2:07-00032

Andrew L. Colocotronis
Melissa Loney Stevens
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 1792
Knoxville, TN 37901-1792
**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
M.D. Tennessee, C.A. No. 3:07-00243

**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
M.D. Tennessee, C.A. No. 3:07-00482

**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.,**
M.D. Tennessee, C.A. No. 3:07-00636

**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.,**
M.D. Tennessee, C.A. No. 3:07-00643

Russell L. Makepeace
Sandberg & Phoenix
One City Centre, 15th Floor
St. Louis, MO 63101-1880
**Counsel for Defendant: Tenet Health System, DI, Inc. D/B/A Des Peres Hospital,**
E.D. Missouri, C.A. No. 4:07-01045

Crawford S. McGivaren, Jr.
Melanie M. Bass
Cabaniss Johnston Gardner Dumas & O'Neal
P.O. Box 830612
Birmingham, AL 35283-0612
**Counsel for Defendant: Davol, Inc., C.R. Bard, Inc.,**
E.D. Missouri, C.A. No. 4:07-01045

Jason Wilcock
Jay E. Smith
Hill Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134
**Counsel for Defendant: Davol, Inc., C.R. Bard, Inc.,**
D. Nevada, C.A. No. 2:07-00731

Mark T. Nugent
Thomas M. Robinson
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
**Counsel for Defendant: Davol, Inc., C.R. Bard, Inc.,**
D. Rhode Island, C.A. No. 1:07-00190 and 1:07-00191

Dated: June 22, 2007

Mark R. Miller
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
mrm@wtwlaw.us