# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES** |

**SUPPLEMENTAL ORDER RE *EX PARTE* INTERVIEWS**

This Order will supplement the Superseding Order Re *Ex Parte* Physicians Interviews (Doc. No. 789), entered on September 16, 2005. It is further ORDERED that:

Not later than two (2) days before the deposition of a physician identified in a plaintiff's Fact Sheet, that plaintiff's attorney will provide defendants' attorney(s) with the Bates numbers of any and all documents produced by defendants that were shown, read, or provided to that physician by plaintiff's attorney (or other attorneys on behalf of plaintiff).

IT IS SO ORDERED, this 28th day of September, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT COURT